FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2010 AUG 18 AM 11: 37

US DISTRICT COURT
MIDDLE DISTRICT OF FL
ORLANDO FLORIDA

UNITED STATES OF AMERICA

v.

WATREKA LIGON

CASE NO. 6:10-cr-229-ORL-18-KRS
18 U.S.C. § 1343
18 U.S.C. § 1028A
18 U.S.C. § 1029(a)(2)
18 U.S.C. § 981(a)(1)(C) - Forfeiture
18 U.S.C. § 982(a)(2)(B) - Forfeiture
18 U.S.C. § 1029(c)(1)(C) - Forfeiture
28 U.S.C. § 2461(c) - Forfeiture

## INDICTMENT

The Grand Jury charges:

### COUNTS ONE THROUGH THIRTEEN
(WIRE FRAUD)

### THE SCHEME TO DEFRAUD

1. From approximately October 14, 2009 to approximately November 8, 2009, in Orange County, Florida, in the Middle District of Florida, and elsewhere,

**WATREKA LIGON**

the defendant herein, knowingly devised and executed a scheme and artifice to defraud credit providers and merchants of money and property, and to obtain money and property of said merchants and credit providers, by means of false and fraudulent pretenses, representations and promises.

### MANNER AND MEANS

2. The substance of the scheme and artifice to defraud and to obtain money and property by false pretenses, representations, and promises included, among other things, the following:

a. It was a part of the scheme and artifice to defraud that **WATREKA LIGON** would and did steal means of identification of disabled victims.

b. It was a further part of the scheme and artifice to defraud that **WATREKA LIGON** would and did use means of identification of those disabled victims to apply for merchant credit accounts.

c.. It was a further part of the scheme and artifice to defraud that **WATREKA LIGON** would and did use the merchant credit accounts she opened using the means of identification of the disabled victims in order to obtain property of value.

d. It was a further part of the scheme and artifice to defraud that **WATREKA LIGON** would and did open a post office box with the United States Postal Service so that the mail relating to the fraudulent merchant credit accounts would be sent directly to her instead of to the primary address of the disabled victims.

## THE WIRE COMMUNICATIONS

3. On or about the following dates, in Orange County, Florida, in the Middle District of Florida, and elsewhere,

### WATREKA LIGON

the defendant herein, having devised and intending to devise, and for obtaining money and property by means of false and fraudulent pretenses, representations and promises, transmitted and caused to be transmitted, applications for credit by means of wire communications in interstate commerce for the purpose of executing such scheme to defraud and to injure said merchants and credit providers.

2

| Count | Date | Description |
| --- | --- | --- |
| One | October 14, 2009 | Online application for credit for Fastline |
| Two | October 16, 2009 | Online application for credit for Roaman's |
| Three | October 21, 2009 | Online application for credit for Capital One |
| Four | October 21, 2009 | Online application for credit for Fingerhut, Inc. |
| Five | October 21, 2009 | Online application for credit for King Size, LC |
| Six | October 21, 2009 | Online application for credit for Woman Within |
| Seven | October 21, 2009 | Online application for credit for Wal-Mart Discover |
| Eight | October 21, 2009 | Online application for credit for Barclaycard |
| Nine | October 31, 2009 | Online application for credit for Bill Me Later |
| Ten | October 31, 2009 | Online application for credit for Chase |
| Eleven | October 31, 2009 | Online application for credit for Dillard American Express |
| Twelve | November 8, 2009 | Online application for credit for Bill Me Later |
| Thirteen | November 8, 2009 | Online application for credit for Bill Me Later |

All in violation of Title 18, United States Code, Section 1343.

## COUNTS FOURTEEN THROUGH TWENTY-SIX
### (AGGRAVATED IDENTITY THEFT)

4. On or about the following dates, in Orange County, Florida, in the Middle District of Florida and elsewhere,

**WATREKA LIGON**

the defendant herein, did knowingly transfer, possess and use, without lawful authority, a means of identification of the following persons, during and in relation to a felony violation of wire fraud, in violation of Title 18, United States Code, Section 1343:

3

| Count | Victim | Date | Description |
|---|---|---|---|
| Fourteen | J.C. | October 14, 2009 | Online application for credit for Fastline |
| Fifteen | J.C. | October 16, 2009 | Online application for credit for Roaman's |
| Sixteen | J.C. | October 21, 2009 | Online application for credit for Capital One |
| Seventeen | J.C. | October 21, 2009 | Online application for credit for Fingerhut, Inc. |
| Eighteen | J.C. | October 21, 2009 | Online application for credit for King Size, LC |
| Nineteen | J.C. | October 21, 2009 | Online application for credit for Woman Within |
| Twenty | J.C. | October 21, 2009 | Online application for credit for Wal-Mart Discover |
| Twenty-One | J.C. | October 21, 2009 | Online application for credit for Barclaycard |
| Twenty-Two | J.C. | October 31, 2009 | Online application for credit for Bill Me Later |
| Twenty-Three | J.C. | October 31, 2009 | Online application for credit for Chase |
| Twenty-Four | J.C. | October 31, 2009 | Online application for credit for Dillard American Express |
| Twenty-Five | D.F. | November 8, 2009 | Online application for credit for Bill Me Later |
| Twenty-Six | M.H | November 8, 2009 | Online application for credit for Bill Me Later |

All in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT TWENTY-SEVEN

5. From approximately October 14, 2009 to approximately December 9, 2009, in Orange County, Florida, in the Middle District of Florida and elsewhere,

**WATREKA LIGON**

the defendant herein, did knowingly, willfully, and with intent to defraud, traffic in and used, one or more of unauthorized access devices, to receive payment or any other thing of value, and by such conduct did obtain, and attempt to obtain, things of value

aggregating $1,000 or more within a one year period, and did thereby affect interstate commerce.

All in violation of Title 18, United States Code, Sections 1029(a)(2) & (c)(1)(A)(I).

## FORFEITURE

1. The allegations contained in Counts One through Count Thirteen of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2. From her engagement in the violations alleged in Counts One through Thirteen of this Indictment, punishable by imprisonment for more than one year, the defendant

**WATREKA LIGON**

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), all of her interest in any property constituting or derived from proceeds obtained directly or indirectly as a result of the said violation.

3. The allegations contained in Count Twenty-Seven of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C).

4. The defendant, **WATREKA LIGON**, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(B), any and all

right, title, and interest she has in any property constituting, or derived from, proceeds the person obtained directly or indirectly, as a result of such violations and pursuant to Title 18, United States Code, Section 1029(c)(1)(C), any personal property used or intended to be used to commit the offense.

5. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by

Title 18, United States Code, Sections 982(b)(1) and 1029(c)(2), and Title 28, United States Code, Section 2461(c).

A TRUE BILL,

_____
Foreperson

A. BRIAN ALBRITTON
United States Attorney

By: _____
LaKesia R. Mosley
Assistant United States Attorney

By: _____
I. Randall Gold
Assistant United States Attorney
Deputy Chief, Orlando Division

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT

Middle District of Florida
Orlando Division

## THE UNITED STATES OF AMERICA

vs.

## WATREKA LIGON

### INDICTMENT

Violations:

18 U.S.C. § 1343
18 U.S.C. § 1028A
18 U.S.C. § 1029(a)(2)

A true bill,

_____*Frank Barkett*_____
Foreperson

Filed in open court this 18th day

of August, 2010.

_____*Kim Anderson*_____
Clerk

Bail  $_____

GPO 863 525